DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of S.B., J.B., D.K., Z.K., children.
_____

N.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2691

_____

July 3, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Clay W. Oberhausen of Office of Criminal Conflict & Civil Regional Counsel, Sarasota; and Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.